UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO TALDEML,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00477-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   3/16/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge