UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELANO TALDEML,

            Plaintiff,

     v.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

           Defendants.

Case No.  23-cv-00477-HSG

**JUDGMENT**

    The Court has DISMISSES this action with prejudice.  The Clerk shall enter judgment in favor of Defendant and against Plaintiff and close the case.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated:   5/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge